**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 444 MAL 2020

             Respondent                  :

                                          :   Petition for Allowance of Appeal

                                          :   from the Order of the Superior Court

            v.                        :

                                          :

WILLIAM MARVIN HALL,            :

                                          :

              Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.